**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-00464-REB-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$48,005.00 IN UNITED STATES CURRENCY, and
$11,000.00 IN UNITED STATES CURRENCY,

       Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE

**Blackburn, J.**

The matter comes before me on the government's **Motion for Default and Final Order of Forfeiture** [#15] filed June 25, 2010. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT after notice, there have been no Claims or Answers filed in this matter as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT Entry of Default was entered by the Clerk on June 8, 2010;

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of the defendant property, and, thus, a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. §881; and

THAT the Clerk of Court shall be directed to enter Judgment as to defendant the defendant property;

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED**:

1. That the **Motion for Default and Final Order of Forfeiture** [#15] filed June 25, 2010, is **GRANTED**;

2. That default and forfeiture of defendants $48,005.00 in United States Currency and $11,000.00 in United States Currency, including all right, title, and interest is entered in favor of the United States;

3. That the United States shall have full and legal title to the forfeited defendant property and may dispose of it in accordance with law;

4. That this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and

5. That the Clerk of Court is directed to enter Judgment as to the defendant property.

Dated June 28, 2010, at Denver, Colorado.

                                             **BY THE COURT:**

                                             *Bob Blackburn*
                                             Robert E. Blackburn
                                             United States District Judge